[Nos. 10048-3-I; 10051-3-I.   Division One.   January 10, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY GOODE, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for King County, No. 80-1-04011-8, Francis E. Holman, J., entered March 3 and February 25, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 4681-8-III.   Division Three.   January 13, 1983.]

CONCERNED CITIZENS FOR BETTER SCHOOLS ASSOCIATION, *Appellant,* v. KENNEWICK SCHOOL DISTRICT NO. 17, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 80-2-01634-0, Fred R. Staples, J., entered July 2, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.

[No. 6151-1-II.   Division Two.   January 14, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. NEDLEY NORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 53420, Thomas R. Sauriol, J., entered October 14, 1978. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.